IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 124-011 |
| | ) | |
| WESLEY TRAVIS BOLDING | ) | |

**ORDER**

After a careful, *de novo* review of the record, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which no objections have been filed.  Accordingly,

the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion

and **DENIES** the motion to suppress filed by Defendant Wesley Travis Bolding.  (Doc. no.

27.)

SO ORDERED this _____ day of February, 2025, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE